**WUXI MULTIMEDIA LIMITED and Orient Power (Wuxi) Digital Technology, Ltd., Plaintiffs–Appellants,**

v.

**KONINKLIJKE PHILIPS ELECTRONICS, N.V. (doing business as Philips Intellectual Property and Standards), Defendant–Appellee,**

and

**Sony Corporation, Defendant–Appellee,**

and

**Pioneer Corporation, Defendant–Appellee,**

and

**LG Electronics, Defendant–Appellee.**

**No. 2008–1041.**

United States Court of Appeals, Federal Circuit.

June 5, 2008.

Anton N. Handal, Handal & Associates, of San Diego, California, argued for plaintiffs-appellants.

William J. Kolasky, Jr., Wilmer Cutler Pickering Hale & Dorr LLP, of Washington, DC, argued for all defendants-appellees. With him on the brief for Koninklijke Philips Electronics, N.V. were A.

Stephen Hut, Jr. and Jonathan G. Cedarbaum. On the brief for Sony Corporation were Joseph Kattan, Gibson, Dunn & Crutcher LLP, of Washington, DC; and Christopher D. Dusseault, of Los Angeles, California. On the brief for Pioneer Corporation were Jeffrey S. Davidson, Alexander F. MacKinnon, and Corey C. Watson, Kirkland & Ellis LLP, of Los Angeles, California. On the brief for LG Electronics were H. Stephen Harris, Jr., Jones Day, of Atlanta, Georgia; and David R. Clark, Higgs, Fletcher & Mack LLP, of San Diego, California.

Before BRYSON and PROST, Circuit Judges, and ZAGEL, District Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36